UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSE A. MATIR-MARTINEZ,

                Petitioner,

  v.

BRUCE SCOTT ,

                Respondent.

CASE NO. 2:25-cv-02194-LK-BAT

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

The Court **GRANTS** petitioner's application to proceed *in forma pauperis*. Dkt. 1. The Clerk is directed to (1) file petitioner's habeas corpus petition without the prepayment of fees, and (2) send a copy of this Order to petitioner and the assigned District Judge.

DATED this 5th day of November, 2025.

                                            BRIAN A. TSUCHIDA
                                            United States Magistrate Judge